United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SANFORD ALAN KELLMAN,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, LLC,<br><br>Defendant. | Case No. 25-cv-06974-JST<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER**<br><br>Re: ECF No. 26 |

Before the Court is the parties' stipulated proposed protective order.  ECF No. 26.  The parties did not comply with Section F.5 of Judge Tigar's Civil Standing Order, available at https://cand.uscourts.gov/judges/jst/tigar-jon-s.  The stipulation is therefore denied.

**IT IS SO ORDERED.**

Dated: January 7, 2026



JON S. TIGAR
United States District Judge