ZACHARY S. TOLSON - State Bar #242824
GANETTE M. GENETTI - State Bar #256707
GOODMAN NEUMAN HAMILTON LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone:  (415) 705-0400
Facsimile:  (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC. (erroneously sued as THE HOME DEPOT, LLC)

PAUL J. STEINER, ESQUIRE - State Bar #41117
LAW OFFICES OF PAUL J. STEINER
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: 415-981-6100
Facsimile: 415-984-0950

Attorneys for Plaintiff
DR. SANFORD ALAN KELLMAN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SANFORD ALAN KELLMAN, an individual,<br><br>                          Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, LLC; and DOES 1-20, inclusive,<br><br>                          Defendants. | Case No. 4:25-cv-06974-JST<br><br>**JOINT STATEMENT CONFIRMING THAT THE STIPULATED PROTECTIVE ORDER CONFORMS TO MODEL ORDER** |

Pursuant to United States District Judge Jon S. Tigar's Civil Standing Order § F.5 and the Court's Order dated 1/7/2026, the parties respectfully submit this joint statement regarding the stipulated protective order filed on January 5, 2026 (Dkt. 26).

The parties confirm that the stipulated protective order submitted to the Court is identical in all respects to the Northern District of California's model stipulated

-1-

Goodman Neuman
Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411

protective order for standard litigation except for the addition of case-identifying information.

### ECF CERTIFICATION

I, Ganette M. Genetti, certify that the content of this document is acceptable to the undersigned counsel of record to affix my electronic signature hereto.

DATED:  January 27, 2026                  GOODMAN NEUMAN HAMILTON LLP


By: /s/ *Ganette M. Genetti*
ZACHARY S. TOLSON
GANETTE M. GENETTI
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

### ECF CERTIFICATION

I, Paul J. Steiner, certify that the content of this document is acceptable to the undersigned counsel of record to affix my electronic signature hereto.

DATED:  January 27, 2026                  LAW OFFICES OF PAUL J. STEINER


By: /s/  *Paul J. Steiner*
PAUL J. STEINER
Attorneys for Plaintiff
DR. SANFORD ALAN KELLMAN

Goodman Neuman
Hamilton LLP
100 Bush Street, Suite 1800
San Francisco, CA 94104
Tel.: (415) 705-0400
Fax: (415) 705-0411

-2-
JOINT STATEMENT CONFIRMING THAT THE STIPULATED PROTECTIVE ORDER CONFORMS TO MODEL ORDER