UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DR. SANFORD ALAN KELLMAN,

        Plaintiff,

      v.

THE HOME DEPOT, LLC,

        Defendant.

Case No. 25-cv-06974-JST

**ORDER OF DISMISSAL UPON SETTLEMENT**

Re: ECF No. 34

The Court received a notice from the mediator that parties settled the case prior to the formal mediation conference.  ECF No. 34.  Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice.  The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: July 13, 2026

_____
JON S. TIGAR
United States District Judge